

**FILED**

OCT 1 6 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8852

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>Eleno ELENES<br>        Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about October 15, 2007, within the Southern District of, California, defendant Eleno ELENES, did knowingly and intentionally import approximately 5.36 kilograms (11.73 pounds) of methamphetamine, a Schedule II Controlled Substance into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//
//

### COUNT TWO

That on or about October 15, 2007, within the Southern District of California, defendant Eleno ELENES, did knowingly and intentionally import approximately 4.86 kilograms (10.70 pounds) of cocaine, a Schedule II Controlled Substance into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Sara Galvan
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 16th DAY OF OCTOBER, 2007.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Eleno ELENES

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to United States Immigration and Customs Enforcement Special Agent Sara Galvan.

On October 15, 2007, at approximately 2050 hours, Eleno ELENES entered the United States from Mexico at the Calexico, CA West Port of Entry. ELENES was the driver and sole occupant of a 1991 Lexus L3400 with California license plates 2V02121 license plate.

Customs and Border Protection Officer (CBPO) Hedlund was assigned primary inspectional duties and received a negative oral Customs declarations from ELENO. CBPO Hedlund observed how there was a strong odor of gasoline coming from the vehicle and noticed how the vehicle appeared rather clean and with no personal items. ELENO admitted that he had purchased the vehicle approximately one week before. CBPO Hedlund referred ELENO and the vehicle to the secondary lot for a more intensive inspection.

Canine Enforcement Officer (CEO) J. Jones was conducting vehicle lot sweeps with his assigned Narcotics Human Detector Dog when his dog alerted to a 1991 Lexus L3400 driven by ELENES. CEO J. Jones asked the subject to step out of the vehicle and stand in front of the hood. CEO J. Jones received a negative Customs declaration from ELENES. CEO J. Jones placed his NDD inside the vehicle and he responded to the back seat by sitting down. At this point, CEO J. Jones requested the assistance from S. Hooper.

During secondary inspection, CBPO Hooper again received a negative Customs declaration from ELENES and stated he was the owner of the vehicle for approximately three weeks. After further inspection, a total of 10 packages were discovered within he rear seat and an electronic access door found on the back of the gas tank. Six (6) of the packages contained a crystallized substance that field-tested positive for the presence of methamphetamine with a total weight of approximately 5.36 kilograms (11.73 pounds). The

other ten (4) packages contained a white powdery substance that field-tested positive for the presence of cocaine with a total weight of approximately 4.86 kilograms (10.70 pounds).

ELENES was arrested for violation of Title 21 U.S.C. 952 and 960, Importation of a Controlled Substance.   ELENES was advised of his Miranda rights and agreed to answer questions.   ELENES admitted he was told and therefore knew that the vehicle he was attempting to drive into the United States concealed marijuana.   **ELENES** stated that he would receive $4,000.00 USD upon his safe arrival to Pomona, CA.  ELENES admitted that he was attempting to smuggle contraband from Mexico into the United States solely for the personal satisfaction.