FILED
NOV 14 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3098-BTM |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony); Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |
| ELENO ELENES, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about October 15, 2007, within the Southern District of California, defendant ELENO ELENES, did knowingly and intentionally import 500 grams or more, to wit: approximately 5.36 kilograms (11.73 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//
//

RSK:psd:Imperial
11/13/07

## Count 2

On or about October 15, 2007, within the Southern District of California, defendant ELENO ELENES, did knowingly and intentionally import 500 grams or more, to wit: approximately 4.86 kilograms (10.70 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 14, 2007 .

KAREN P. HEWITT
United States Attorney

*/s/ John F. Weis*

REBECCA S. KANTER
Assistant U.S. Attorney