AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ELENO ELENES | CASE NUMBER: 07CR3098-BTM |
| | 07mj 8852 |

I, ELENO ELENES, the above-named defendant, who is accused of committing the following offenses:

Count 1:   Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Count 2:   Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __11/14/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Eleno Elenes_
Defendant

_Charles H. Adair_
Defense Counsel

Before _____
         Judicial Officer

FILED
NOV 1 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF                      DEPUTY